IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CUSTOM HAIR DESIGNS BY SANDY, LLC, on behalf of themselves and all others similarly situated; and SKIP'S PRECISION WELDING, LLC, on behalf of themselves and all others similarly situated;

Plaintiffs,

vs.

CENTRAL PAYMENT CO., LLC,

Defendant.

8:17CV310

**AMENDED PROGRESSION ORDER**

The parties have jointly requested an extension of certain dates in this matter. Accordingly,

IT IS ORDERED that parties' motion, (Filing No. 37), is granted and the final progression order is amended as follows:

1) As to the class certification issue only:

   a. The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is August 15, 2018. Motions to compel Rule 33 through 36 discovery must be filed by August 29, 2018
   **Note:** Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

   b. The deadlines for identifying expert witnesses expected to testify at the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

       For the plaintiff(s):        August 15, 2018.
       For the defendant(s):     September 17, 2018.

   c. The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, ([Fed. R. Civ. P. 26(a)(2)(B)](#)), and non-retained experts, ([Fed. R. Civ. P. 26(a)(2)(C)](#)), are:

       For the plaintiff(s):        September 3, 2018.
       For rebuttal:              November 2, 2018.
       For the defendant(s):     October 15, 2018.

   d. The deposition deadline is November 9, 2018.

   e. The deadlines set in subparagraph 4e. to the Final Progression Order are stricken. ([Filing No. 27](#)).

2) Defendant will substantially complete its document production by June 25, 2018.[1]

3) The parties shall comply with all other stipulations and agreements the Final Progression Order that are not inconsistent with this order.

Dated this 21st day of May, 2018.

                                  BY THE COURT:

                                  *s/ Cheryl R. Zwart*
                                  United States Magistrate Judge

---

[1] This deadline for substantial completion of document productions is subject to change based on the volume of documents that fall within the parties' recently agreed ESI search protocol. Defendants have agreed to use best efforts and to notify Plaintiffs if the volume of documents is anticipated to be an issue. And Plaintiffs have reserved the right to object to requests for changes to the substantial completion deadline as they deem appropriate. The parties have agreed to work together on these issues in good faith.