IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CUSTOM HAIR DESIGNS BY SANDY, LLC, on behalf of themselves and all others similarly situated; and SKIP'S PRECISION WELDING, LLC, on behalf of themselves and all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>CENTRAL PAYMENT CO., LLC,<br><br>Defendant. | 8:17CV310<br><br>ORDER |

After conferring with counsel,

IT IS ORDERED:

1) For the reasons stated on the record, Plaintiff's request for Defendant's data for fees it collected for credit card payment processing services provided to all of Defendant's customers dating back to Defendant's inception in 2006, (see Filing No. 75, audio file), is denied as irrelevant and disproportionate to the needs of this case.

2) The Progression Order as to class certification is amended as follows:

    a. The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

        For the plaintiff(s):    May 15, 2019

        For defendant(s):    June 14, 2019

    b. The deposition deadline is July 15, 2019.

    c. The deadline for filing a motion for class certification is July 30, 2019. The deadline for responding to a motion for class certification is August 30, 2019, with any reply due September 16, 2019.

February 26, 2019.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge