IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CUSTOM HAIR DESIGNS BY SANDY, LLC, on behalf of themselves and all others similarly situated; and SKIP'S PRECISION WELDING, LLC, on behalf of themselves and all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>CENTRAL PAYMENT CO., LLC,<br><br>Defendant. | 8:17CV310<br><br>ORDER |

For the reasons stated on the record during today's hearing, (Filing No. 84, audio file),

IT IS ORDERED that Plaintiff's request for a modification of the current progression schedule, (Filing No. 83), is denied.

May 7, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge