IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CUSTOM HAIR DESIGNS BY SANDY, LLC, on behalf of themselves and all others similarly situated; and SKIP'S PRECISION WELDING, LLC, on behalf of themselves and all others similarly situated;<br><br>        Plaintiffs,<br><br>  vs.<br><br>CENTRAL PAYMENT CO., LLC,<br><br>        Defendant. | **8:17CV310**<br><br><br>**ORDER** |

During today's conference call with counsel, Defendant advised that it intended to file a motion for summary judgment. Following significant discussion over how the summary judgment motion may (or may not) differ from deciding the adequacy of representation issue raised on Plaintiffs' class certification motion,

IT IS ORDERED:

1) Plaintiffs' deadline for filing a reply in support of the class certification motion, (Filing No. 89), is September 16, 2019.

2) If Defendant chooses to have the court consider its anticipated motion for summary judgment along with the motion for class certification, that summary judgment motion shall be filed on or before September 16, 2019.

September 3, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge