# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

December 30, 2020

Mr. Ashley Charles Parrish
KING & SPALDING
Suite 200
1700 Pennsylvania Avenue, N.W.
Washington, DC  20006-4707

     RE:  20-1677  Custom Hair Designs by Sandy, et al v. Central Payment Co.

Dear Counsel:

     The court has issued an opinion in this case. Judgment has been entered in accordance with the opinion. The opinion will be released to the public at 10:00 a.m. today. Please hold the opinion in confidence until that time.

     Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing and petitions for rehearing en banc <u>must</u> be received in the clerk's office within 14 days of the date of the entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. No grace period for mailing is allowed, and the date of the postmark is irrelevant for pro-se-filed petitions. Any petition for rehearing or petition for rehearing en banc which is not received within the 14 day period for filing permitted by FRAP 40 may be denied as untimely.

     Michael E. Gans
     Clerk of Court

NDW

Enclosure(s)

cc:    Mr. David L. Balser
       Mr. Eric David Barton I
       Mr. Jonathan R. Chally
       Mr. Adam S. Davis
       Ms. Melody R. Dickson
       Mr. Adam W. Hansen
       Mr. Kenneth W. Hartman
       Mr. Tyler W. Hudson
       Mr. Brandon R. Keel
       Mr. Kyle Robert Kroll

Ms. Denise M. Lucks
Mr. Matthew V.H. Noller
Ms. Sarah Steen Ruane
Ms. Allison H. White

District Court/Agency Case Number(s):   8:17-cv-00310-JFB