# United States Court of Appeals
*For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329

**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

December 30, 2020

West Publishing
Opinions Clerk
610 Opperman Drive
Building D D4-40
Eagan, MN 55123-0000

RE: 20-1677  Custom Hair Designs by Sandy, et al v. Central Payment Co.

Dear Sirs:

A published opinion was filed today in the above case.

Counsel who presented argument on behalf of the appellant and appeared on the brief was Ashley Charles Parrish, of Washington, DC.  The following attorneys also appeared on the brief: Amy R. Upshaw, of Washington, DC, Kenneth W. Hartman, of Omaha, NE,  David L. Balser, of Atlanta, GA, Jonathan R. Chally, of Atlanta, GA, Brandon R. Keel, of Atlanta, GA, and Allison Hill White, of Atlanta, GA.

Counsel who presented argument on behalf of the appellee and appeared on the brief was Tyler W. Hudson, of Kansas City, MO. The following attorneys also appeared on the appellee brief: Eric D. Barton, of Kansas City, MO, Adam Davis, of Kansas City, MO, and Melody R. Dickson, of Kansas City, MO.

The following attorneys appeared on the amicus brief of Main Street Alliance, in support of the appellees in this matter: Kyle R. Kroll, of Minneapolis, MN, and Adam W. Hansen, of Minneapolis, MN.

The judge who heard the case in the district court was Honorable Joseph F Bataillon. The judgment of the district court was entered on February 11, 2020.

If you have any questions concerning this case, please call this office.

Michael E. Gans
Clerk of Court

NDW

Enclosure(s)

cc:  MO Lawyers Weekly
     District Court/Agency Case Number(s):  8:17-cv-00310-JFB