IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CUSTOM HAIR DESIGNS BY SANDY, LLC, on behalf of themselves and all others similarly situated; and SKIP'S PRECISION WELDING, LLC, on behalf of themselves and all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>CENTRAL PAYMENT CO., LLC,<br><br>Defendant. | 8:17CV310<br><br>**FINAL PROGRESSION ORDER (AMENDED)** |

IT IS ORDERED that parties' joint motion to extend progression deadlines is granted. (Filing No. 216). The unexpired deadlines in the final progression order are extended as follows:

1) The status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings currently set for **September 14, 2021** at **10:00 a.m**. remains set for that time and date. Counsel shall use the case conference instructions assigned to this case to participate in the telephonic status conference.

2) The parties agree that the close of fact discovery is July 26, 2021 and the close of expert discovery is September 20, 2021.

3) The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

   For the plaintiff(s): July 28, 2021
   For the defendant(s): August 25, 2021
   Plaintiff(s)' rebuttal: September 16, 2021

4) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is September 20, 2021.

5) The deadline for filing motions to dismiss and motions for summary judgment remains set for September 27, 2021.

6) The deadline for filing motions to exclude testimony on Daubert and related grounds remains set for September 27. 2021.

7) Motions in limine shall be filed seven days before the pretrial conference. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

8) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

9) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 13th day of July, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge