IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CUSTOM HAIR DESIGNS BY SANDY, LLC, on behalf of themselves and all others similarly situated; and SKIP'S PRECISION WELDING, LLC, on behalf of themselves and all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>CENTRAL PAYMENT CO., LLC,<br><br>Defendant. | 8:17CV310<br><br>**FINAL PROGRESSION ORDER (AMENDED)** |

IT IS ORDERED that the parties' joint motion to extend progression deadlines is granted. (Filing No. 222). The unexpired deadlines in the Filing No. 217 are extended as follows:

1) The status to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings currently set for **September 14, 2021** at **10:00 a.m.** remains set for that time and date. Counsel shall use the case conference instructions assigned to this case to participate in the telephonic status conference.

2) The parties agree that the close of expert discovery is October 5, 2021.

3) The deadline for complete expert disclosures for rebuttal experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), is September 24, 2021.

4) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is October 5, 2021.

5) The deadline for filing motions to dismiss and motions for summary judgment is October 12, 2021.

6) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is October 12, 2021.

7) Motions in limine shall be filed seven days before the pretrial conference. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

8) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

9) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

10) No further extensions will be granted without a <u>substantial</u> showing of good cause.

Dated this 8th day of September, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge