IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CUSTOM HAIR DESIGNS BY SANDY, LLC, and SKIP'S PRECISION WELDING, LLC, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CENTRAL PAYMENT CO., LLC,<br><br>Defendant. | CASE NO. 8:17-cv-00310-JFB-CPZ |

**PLAINTIFFS' UNOPPOSED MOTION
FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs Custom Hair Designs by Sandy, LLC and Skip's Precision Welding, LLC (collectively, "Plaintiffs") hereby move the Court for an order pursuant to Fed. R. Civ. P. 23(e) granting their unopposed motion for final approval of the class settlement agreement reached by the parties (Dkt. 328-2, Ex. A).

This motion is based on this motion; the accompanying brief; the Settlement (including all exhibits thereto); the declaration of Peter Sperry (representing settlement administrator Epiq Class Action & Claims Solutions, Inc.) (filed herewith); the declaration of mediator Hunter Hughes (filed herewith); the supplemental joint declaration of Class Counsel (filed herewith); the materials filed in support of Plaintiffs' motion for preliminary approval of the Settlement (Dkts. 326-328); the Court's preliminary approval Order dated March 9, 2022 (Dkt. 329); the argument of counsel; all papers and records on file in this matter; and such other matters as the Court may consider.

As discussed in the accompanying brief, the requested relief is appropriate because the Settlement satisfies the standards for final approval under Federal Rule of Civil Procedure 23 and Eighth Circuit precedent.

Dated: May 6, 2022

Respectfully submitted,

**WAGSTAFF & CARTMELL, LLP**

/s/ *Tyler W. Hudson*
Tyler W. Hudson    MO#53585
Eric D. Barton    MO#53619
Melody R. Dickson    MO#61865
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100
thudson@wcllp.com
ebarton@wcllp.com
mdickson@wcllp.com

/s/ *Matthew C. Klase*
E. Adam Webb (Ga. Bar No. 743910)
Matthew C. Klase (Ga. Bar. No. 141903)
WEBB, KLASE & LEMOND, LLC
1900 The Exchange, S.E.
Suite 480
Atlanta, GA 30339
(770) 444-0773
Adam@WebbLLC.com
Matt@WebbLLC.com

*Counsel for Plaintiffs and the Class*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 6, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                   */s/ Tyler W. Hudson*