IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CUSTOM HAIR DESIGNS BY SANDY, LLC, on behalf of themselves and all others similarly situated; and SKIP'S PRECISION WELDING, LLC, on behalf of themselves and all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>CENTRAL PAYMENT CO., LLC,<br><br>Defendant. | 8:17CV310<br><br>ORDER |

This matter is before the Court on parties' Joint Motion to Move the Date of the Final Approval Hearing in this matter from July 25, 2022, at 1:30 PM to July 27, 2022, at 11:00 AM. Filing No. 336. Having found that good cause exists to move the date of the final fairness hearing, the Court hereby GRANTS the Motion. Accordingly, it is hereby ORDERED that the Final Approval Hearing is moved to July 27, 2022, at 11:00 AM.

Dated this 16th day of June, 2022.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge