IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CUSTOM HAIR DESIGNS BY SANDY, LLC, on behalf of themselves and all others similarly situated; and SKIP'S PRECISION WELDING, LLC, on behalf of themselves and all others similarly situated;<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>CENTRAL PAYMENT CO., LLC,<br><br>　　　　　Defendant. | 8:17CV310<br><br>JUDGMENT |

　　　Pursuant to the final order of approval of class action settlement entered this date, judgment for attorneys' fees, expenses, and service award is hereby entered.

　　　Dated this 17th day of August, 2022.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　Senior United States District Judge